NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1264
(Interference No. 105,531)

MICHAEL A. BOSS, JOHN H. KENTEN,
JOHN S. EMTAGE, and CLIVE R. WOOD,

Appellants,

v.

SHMUEL CABILLY, HERBERT L. HEYNEKER, WILLIAM E. HOLMES,
ARTHUR D. RIGGS, and RONALD B. WETZEL,

Appellees.

Appeals from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

The appellees move without opposition for leave to file a supplement to the joint appendix.

The court notes that the supplement should have a white cover sheet containing the official caption and other material required on the cover and indicating that it is a supplemental appendix. The separate page submitted by the appellees is not appropriate.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The appellees may file, within 14 days of the date of this order, a supplemental appendix.

SEP 11 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Doreen Yatko Trujillo, Esq.
      Meredith Martin Addy, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK

2009-1264                        - 2 -